<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 03-1385**

────────────

WILLIE JAMES PRICE,

                              Plaintiff - Appellant,

        and

VALERIE YOUNG,

                                        Plaintiff,

        versus

RONALD C. MCCORMACK, Attorney; EDWARD F.
HOLLORAN, Attorney; RUSSELL D. KNIGHT; GEORGE
MILLESON,

                              Defendants - Appellees,

STAFFORD COUNTY,

                                          Movant.

────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-01-1212-A)

────────────

Submitted:  July 7, 2003        Decided:  September 10, 2003

────────────

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Willie James Price, Appellant Pro Se. John Andrew Basham, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia; Gerald Thomas Schafer, INJURY LAW CENTER, Virginia Beach, Virginia; Russell D. Knight, Stafford, Virginia; George Milleson, Stafford, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie James Price appeals the district court's order denying a motion to reinstate a 42 U.S.C. § 1983 (2000) action that the district court dismissed in 2001 for failure to state a claim.[*] The district court construed the motion under Fed. R. Civ. P. 60(b) and denied it. We have reviewed the record and the district court's order, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Price v. McCormack</u>, No. CA-01-1212-A (E.D. Va. Mar. 12, 2003). We also affirm the magistrate judge's order awarding sanctions to the Defendants. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although Valerie Young was an original party to this case in the district court, only Willie James Price has pursued this appeal.

3